UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NFL PROPERTIES LLC,

                                        Plaintiff,

        -against-

ZEIKOS, INC.,

                                        Defendant.

Case No. 1:17-cv-09190-GHW

**PLAINTIFFS FEDERAL RULE OF
CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff NFL Properties LLC hereby provides that NFL Properties LLC is a wholly-owned subsidiary of NFL Ventures, L.P., a Delaware limited partnership, and that no publicly-held corporation owns ten percent or more of its stock.

Dated:   November 27, 2017

                        HAYNES AND BOONE, LLP
                        *Attorneys for Plaintiff*


                        /s/ Charles L. Glover
                        Jonathan D. Pressment
                        Charles L. Glover
                        30 Rockefeller Plaza
                        26th Floor
                        New York, NY 10112
                        Telephone: (212) 918-8961
                        Facsimile: (212) 884-9561
                        jonathan.pressment@haynesboone.com
                        charles.glover@haynesboone.com

4814-1857-9541_3