# haynesboone

Direct Dial: 212-918-8961
Direct Fax: 212-884-9561
Jonathan.Pressment@haynesboone.com

March 26, 2018

*Via ECF*

The Honorable Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *NFL Properties LLC v. Zeikos, Inc., No. 17-09190 (GHW)*

Dear Judge Woods:

We represent the Plaintiff, NFL Properties LLC ("NFLP"), in the above-captioned matter. We write to advise the Court that the parties to this action have agreed to a settlement-in-principal of the matter. In light of this development, we respectfully request that the Court adjourn the Initial Pretrial Conference, currently scheduled for April 3, 2018 at 4:00 p.m. (along with the corresponding deadline for the filing of the parties' proposed case management plan), to a date of the Court's convenience after April 17, 2018, in order to provide the parties with time to memorialize the terms of their settlement in writing.

Although NFLP previously sought to adjourn the initial case management conference for reasons relating to Plaintiff's request for additional time to file a responsive pleading, this is NFLP's first request for an adjournment for the reasons set forth herein. We have conferred with Zeikos' counsel regarding this request and have been informed that Zeikos consents to the requested adjournment.

We thank the Court for its attention to this matter.

Respectfully,

*(signature)*

Jonathan D. Pressment

cc:   Darren Oved, Esq. (*By ECF*)

4835-6564-9760 v.1

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com