

April 24, 2018

**VIA ECF**

Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>*NFL Properties LLC v. Zeikos, Inc.*, No. 17-cv-09190 (GHW)</u>

Dear Judge Woods:

    This law firm represents Defendant Zeikos, Inc. ("Zeikos") in the above-referenced action (the "Action"). We write pursuant to Rule 1.E of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time in which the action may be reinstated pursuant to the Court's March 28, 2018 Order (ECF No. 22) (the "Order") for an additional 30 days to and including May 28, 2018.

    As the Court may recall, pursuant to the Order, this Action was discontinued in light of the parties' agreement to a settlement-in-principle. However, the Order specifically left open the possibility that the parties could submit their own stipulation of discontinuance or that Plaintiff could apply for reinstatement of the Action within 30 days of the date of the Order if a written settlement agreement was not finalized. (ECF No. 22.)

    The 30-day deadline for reinstatement of the Action is currently set to expire on April 27, 2018. Although the parties have worked diligently to memorialize their agreement in writing, the parties agree that additional time is needed. Accordingly, the parties respectfully request that the Court extend the deadline for the parties to reduce their settlement to writing by an additional 30 days (to and including May 28, 2018), to allow the parties additional time to bring this matter to an amicable conclusion.

    We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ Michael Kwon, Esq.

cc: Jonathan Pressment, Esq. (*via ECF*)