USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NFL PROPERTIES LLC,

                Plaintiff,

    -against-

ZEIKOS, INC.,

                Defendant.

------------------------------------------------------------x

1:17-cv-09190 (GHW)

**STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AGREED, by and between NFL Properties LLC and Zeikos, Inc., that, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, this action and all claims and counterclaims asserted herein are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce any settlement agreement between NFL Properties LLC and Zeikos, Inc. in connection with this action.

Dated: New York, New York
       June 5, 2018

By: _____
Jonathan D. Pressment
Charles L. Glover
HAYNES & BOONE, LLP
*Attorneys for Plaintiff*
30 Rockefeller Plaza
26th Floor
New York, New York 10112
(212) 659-7300
Jonathan.Pressment@haynesboone.com
Charles.Glover@haynesboone.com

By: _____
Darren Oved
Michael Kwon
OVED & OVED LLP
*Attorneys for Defendant*
401 Greenwich Street
New York, New York 10013
(212) 226-2376
darren@ovedlaw.com
mkwon@ovedlaw.com

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). As discussed on the record during a teleconference held on June 6, 2018, and with the consent of the parties, the Court declines to retain jurisdiction over any settlement agreement in connection with this action. As set forth in the Court's orders dated March 27, 2018 and May 25, 2018, and as explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements.

SO ORDERED.

Dated: June 6, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge